# DEFENDANT STATUS SHEET
### (One for each defendant)

## I.   CASE STATUS

Name of Defendant: Max LOUARN

Has defendant had initial appearance in this case?    ☐ Yes    ☑ No

MJ                                CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　　Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

　　　Defense Attorney's Name and address:

The estimated trial time is    14    days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.   CASE STATUS

Name of Defendant: Yuanning CHEN

Has defendant had initial appearance in this case?   ☐ Yes   ☑ No

MJ                         CR

## II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.   ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   14   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET

(One for <u>each</u> defendant)

## I.     CASE STATUS

Name of Defendant: Gary BOWSER

Has defendant had initial appearance in this case?     ☐ Yes     ☑ No

MJ                                     CR

## II.     CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

## III.     ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

   Defense Attorney's Name and address:

The estimated trial time is   14   days.

(Revised March 2018)