UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Yuanning Chen, aka "Yuan Ning Chen," aka "Velison Chen," aka "100+1," aka "Jingui Chen,"<br><br>Defendant. | NO.  CR20-127 RSL (2)<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 20th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __X__  NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970