The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>(1) MAX LOUARN,<br>   aka "MAXiMiLiEN,"<br>   aka "Julien Ambroise,"<br><br>(2) YUANNING CHEN,<br>   aka "Yuan Ning Chen"<br>   aka "Velison Chen"<br>   aka "100+1"<br>   aka "Jingui Chen,"<br><br>(3) GARY BOWSER,<br>   aka "GaryOPA,"<br><br>   Defendants. | NO. CR20-127RSL<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by and through Brian C. Rabbitt, Acting Assistant Attorney General of the Criminal Division, United States Department of Justice, and Frank Lin, Senior Counsel for said Division, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

Notice of Appearance – 1
U.S. v. Louarn, et al., CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Senior Counsel Frank Lin is now co-counsel on behalf of the United States and
2 respectfully requests that all pleadings, court documents, and correspondence be sent to
3 the attention of the undersigned at the address noted below:

        FRANK LIN
        United States Department of Justice
        1301 New York Ave., NW Suite 600
        Washington, District of Columbia 20005

DATED this 2nd day of December, 2020.

        Respectfully submitted,

        BRIAN C. RABBITT
        Acting Assistant Attorney General

        */s/ Frank Lin*
        FRANK LIN
        Senior Counsel
        Criminal Division
        United States Department of Justice
        1301 New York Ave., NW Suite 600
        Washington, District of Columbia 20005
        Phone:  202-305-9266
        E-mail:  Frank.Lin@USDOJ.GOV

Notice of Appearance – 2
U.S. v. Louarn, et al., CR20-127RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970